UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-24184-CIV-SIMONTON

BYRON J. ESPINOZA,

    Plaintiff,

vs.

DYNAMIC DESIGN AND
SERVICES, INC.,
*et al.*,

    Defendants.
_____/

## ORDER GRANTING ORE TENUS MOTION
## TO DISMISS AND DISMISSING CASE WITH PREJUDICE

This matter is before the Court following a settlement conference and fairness hearing before the undersigned. This action involves claims brought by Plaintiff Byron Espinoza against Dynamic Design and Services, Inc. and Ivan Figueroa, for alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201 et seq. ("FLSA"), ECF No. [1].

On February 27, 2017, pursuant to an order of reference from the District Judge, the undersigned held a settlement conference on the matter. At that conference, the Parties reached a settlement. Thereafter, the Parties made an *ore tenus* motion requesting that the Court approve the settlement agreement, retain jurisdiction to enforce the settlement agreement, and dismiss the case. Pursuant to that request, the undersigned immediately held a fairness hearing on the settlement wherein the material terms of the settlement were read into the record. The undersigned found that the settlement reached by the Parties was a fair and reasonable resolution of the Parties' bona fide dispute and that finding is confirmed by this Order.[1]

---

[1] In reviewing a settlement of an FLSA private claim, a court must "scrutiniz[e] the settlement for fairness," and determine that the settlement is a "fair and reasonable resolution of a bona fide dispute over FLSA provisions." *Lynn's Food Stores v. United States*, 679 F.2d 1350, 1352-53 (11th Cir. 1982). A settlement entered into in an

Pursuant to the consent of the Parties, the Honorable Kathleen M. Williams, United States District Judge, has now referred this matter to the undersigned Magistrate Judge to take all necessary and proper action, including trial by jury and entry of final judgment, ECF Nos. [30] [32].

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Parties' Joint *Ore Tenus* Motion to Dismiss this action is **GRANTED**, and the matter is **DISMISSED** with prejudice. The Court retains jurisdiction to enforce the terms of the agreement through May 31, 2017. All pending motions are denied as moot and this case is closed.

**DONE AND ORDERED** in chambers at Miami, Florida, on March 3, 2017.

*[signature: Andrea M. Simonton]*
ANDREA M. SIMONTON
UNITED STATES MAGISTRATE JUDGE

Copies provided to:

All counsel of record

---

adversarial context where both sides are represented by counsel throughout litigation "is more likely to reflect a reasonable compromise of disputed issues." *Id.* The district court may approve the settlement in order to promote the policy of encouraging settlements of litigation. *Id.* at 1354.